## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: Syngenta AG MIR162 | ) | |
| Corn Litigation | ) | |
| | ) | **MDL No. 2591** |
| | ) | |
| This document relates to: | ) | Case No. 2:14-md-2591-JWL-JPO |
| | ) | |
| *Jack H. Winslow Farms, Inc. et al* | ) | |
| *v. Syngenta AG, et al* | ) | |
| *Case No. 2:15-cv-2582-JWL-JPO* | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>

Plaintiff DARREL W. DAVENPORT ("Plaintiff") files this Notice of Voluntary Dismissal of his claims in the above-styled individual case without prejudice to the refiling of same pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed an answer or motion for summary judgment to Plaintiff's claims. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim. This Notice of Voluntary Dismissal does not seek dismissal of the claims of any other plaintiff in the above-styled individual case.

Dated this the 18th day of January, 2016.

Respectfully submitted,

*/s/ Andrew K. York*
William B. Chaney
Texas State Bar No. 04108500
wchaney@grayreed.com
Andrew K. York
Texas State Bar No. 24051554
dyork@grayreed.com

**GRAY, REED & MCGRAW P.C.**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: 214-954-4135
Facsimile: 214-953-1332

-1-

**Gray, Ritter & Graham, P.C.**
Don M. Downing, #30405MO
Gretchen Garrison #33963 MO
Jason Sapp #58511 MO
701 Market Street, Suite 800
St. Louis, MO  63101
Telephone:  314-241-5620
Facsimile:  314-241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jsapp@grgpc.com

**Hare Wynn Newell & Newton**
Scott A. Powell #21310X
Jason Earley #2004166 AR
2025 3rd Ave. North, Suite 800
Birmingham, AL 35203
Telephone:  205-328-5330
Facsimile:  205-324-2165
scott@hwnn.com
jason@hwnn.com

**Stueve Siegel Hanson LLP**
Patrick J. Stueve #13847 KS
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  816-714-7100
Facsimile: 816-714-7101
stueve@stuevesiegel.com


*/s/ Robert J. King III*
Robert J. King III
NC State Bar No. 15946
rking@brookspierce.com
Clinton R. Pinyan
N.C. State Bar No. 22260
cpinyan@brookspierce.com
Daniel F.E. Smith
N.C. State Bar No. 41601
dsmith@brookspierce.com

-2-

3120642.1

**Brooks, Pierce, McLendon,
Humphrey & Leonard, LLP**
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
*Eastern District of North Carolina Local Civil Rule
83.1 Counsel for Plaintiffs*


*/s/ Jeffrey A. Batts*
Jeffrey A. Batts
NC State Bar No. 13418
jabatts@battslaw.com
Joseph G. McKellar
N.C. State Bar No. 35437
jmckellar@battslaw.com

**BATTS, BATTS & BELL, LLP**
Post Office Drawer 8228
Rocky Mount, NC 27804-1228
Telephone: (252) 977-6450
Facsimile: (252) 972-7500
*Eastern District of North Carolina Local Civil Rule
83.1 Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.


/s/ Andrew K. York
ANDREW K. YORK

-3-

3120642.1